HARTFORD NATIONAL BANK AND TRUST COMPANY, EXECUTOR *v.* W. KENNETH WILLARD ET AL.

The defendants' "Request for Reconsideration by the Full Bench" dated August 3, 1977, in the appeal from the Superior Court in Hartford County is denied.

*John B. Willard,* in support of the motion.

Submitted September 1—decided October 4, 1977